United States District Court
Southern District of Texas
**ENTERED**
September 25, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KAYA MUCAHIT, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-6314 |
| vs. | § | |
| | § | |
| WARDEN, Houston Contract Detention Facility, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The petitioner, Kaya Mucahit, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials. Through counsel, he has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. (Docket Entry No. 1). The government was ordered to answer the habeas petition. (Docket Entry No. 4). The government has filed a Motion to Transfer. (Docket Entry No. 5). Counsel for the petitioner is **ordered** to file a response to the government's motion to transfer **by October 1, 2026**.

SIGNED on September 25, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge